FILED
2008 SEP -5 PM 12:29

CLERK US [DISTRICT COURT]
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 2738 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Jessica GARCIA | Title 8, U.S.C., Section 1324(a)(2)(B)(iii) - Bringing in Illegal Alien Without Presentation |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **September 4, 2008,** at the San Ysidro Port of Entry, within the Southern District of California, defendant **Jessica GARCIA** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, **Raul Perez-Robles** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

SIGNATURE OF COMPLAINANT
Alfredo Loperena, Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence, this 5th day of **September, 2008.**

UNITED STATES MAGISTRATE JUDGE

9/4/08

# PROBABLE CAUSE STATEMENT

The complainant states that **Raul PEREZ-Robles** is a citizen of a country other than the United States; that said alien admitted he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 4, 2008, at approximately 0530 hours, **Jessica GARCIA (Defendant)** made application for admission into the United States from Mexico at the San Ysidro Port of Entry vehicle entrance. Defendant was the driver and sole visible occupant of a black Volvo 850 SLT station wagon. A United States Customs and Border Protection (CBP) Canine Officer was performing pre-primary roving operations when his Human/Narcotics Detector Dog (H/NDD) alerted to the Volvo station wagon. A CBP Officer assisting the Canine Officer approached the vehicle and initiated an inspection. Defendant told the officer she has owned the vehicle for two days and was not bringing anything from Mexico. Defendant also told the CBP Officer she was in Mexico for two days visiting her husband and was going back to her place of employment in San Bernardino, California. The CBP Officer discovered a person concealed in the vehicle's dashboard and escorted Defendant to the security office for pat down. A CBP officer drove the vehicle to secondary for investigation.

In secondary, CBP officers noticed the dashboard cover was secured with three screws and immediately looked for the tool to unscrew the fasteners. A philips screwdriver was found under the driver seat. CBP officers used the screwdriver to remove the three screws and cover. A seatbelt was installed inside the dashboard to hold the person in place. The person pressed the seatbelt release button and was able to extract himself from the dashboard compartment. The person was determined to be a citizen of Mexico with no entitlement to enter the United States. He is now identified as **Raul PEREZ-Robles** and is now being held as a Material Witness.

A videotaped interview was conducted with Material Witness. Material Witness declared he is a citizen of Mexico with no legal right or entitlement to enter the United States. Material Witness stated he was going to pay $2,000.00 U.S. dollars to be smuggled into the United States and made the arrangements with a male smuggler he met in Tijuana, Mexico. Material Witness stated he intended to travel to Los Angeles, California to seek employment.